**JENNER & BLOCK LLP**
Dean N. Panos (*pro hac vice*)
dpanos@jenner.com
353 North Clark Street
Chicago, IL 60654
Phone:        (312) 222-9350
Facsimile:    (312) 527-0484

**JENNER & BLOCK LLP**
Kate T. Spelman (Cal. Bar No. 269109)
kspelman@jenner.com
Alexander M. Smith (Cal. Bar No. 295187)
asmith@jenner.com
515 South Flower Street, Suite 3300
Los Angeles, CA  90071
Phone:        (213) 239-5100
Facsimile:    (213) 239-5199

Attorneys for Defendant
Kellogg Sales Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA KENNARD, on behalf of herself, all others similarly situated, and the general public,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>KELLOGG SALES COMPANY,<br><br>　　　　　　　　　Defendant. | Case No. 3:21-cv-7211-WHO<br><br>The Honorable William H. Orrick III<br><br>**STATEMENT OF RECENT DECISION** |

**STATEMENT OF RECENT DECISION**

Pursuant to Civil Local Rule 7-3(d)(2), Defendant Kellogg Sales Company respectfully submits the attached decision of the Honorable Edward J. Davila in *Puri v. Costco Wholesale Corp.*, Case No. 5:21-cv-1202-EJD (N.D. Cal.), which was issued on December 20, 2021, in connection with its pending motion to dismiss.

DATED:  December 29, 2021            JENNER & BLOCK LLP

                                  By:      /s/ Dean N. Panos
                                              Dean N. Panos

                                       Attorneys for Defendant
                                       Kellogg Sales Company