UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA KENNARD, <br>     Plaintiff, <br>   v. <br> KELLOGG SALES COMPANY, <br>     Defendant. | Case No. 21-cv-07211-WHO <br><br> **JUDGMENT IN A CIVIL CASE** <br> Re: Dkt. No. 46 |

Pursuant to the Court's Order Granting Motion to Dismiss, Judgment is accordingly entered in favor of the defendant and against plaintiff.

Dated:  September 14, 2022                              Mark B. Busby, Clerk

*Jean M. Davis*
By:  Jean M. Davis, Deputy Clerk